LAW OFFICES OF ROBERT DAVID BAKER
Robert David Baker Esq. (87314)
1611 The Alameda
San Jose, CA 95126
(408) 292-8555

Attorney for Plaintiffs
RAJINDER KAUR, GUDAWAR SINGH

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAJINDER KAUR, GUDAWAR SINGH | Case No. C07 04779 |
| Plaintiff, | DECLINATION TO PROCEED BEFORE MAGISTRATE JUDGE |
| vs. | |
| QUEEN'S DONUT AND ICE CREAM, INC., (A DISSOLVED CALIFORNIA CORPORATION); MIKE ATKAR; | |
| Defendants. | |

Plaintiffs decline to proceed before a magistrate judge.

Respectfully Submitted,

Dated: October 2, 2007

_____
Robert David Baker, Esq.