UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Rajinder Kaur, et.al., <br><br> Plaintiffs, <br><br> v. <br><br> Queen's Donut and Ice Cream, Inc., a Dissolved California Corporation, et.al., <br><br> Defendants. <br>_____/ | No. C07-04779 <br><br> **CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for January 8, 2008 before the Honorable Judge Howard R. Lloyd has been continued to **January 11, 2008 at 10:30 a.m..**, before the Honorable Judge Jeremy Fogel. Parties are to appear in courtroom #3, 5th floor of the U.S. Courthouse, 280 South First Street, San Jose, California. Parties are to submit a Joint Case Management Statement on January 4, 2008.

If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5166, so as to take this matter off calendar.

Dated: October 9, 2007                    RICHARD W. WIEKING, Clerk
                                          United States District Court


                                          /s/ *Patty Cromwell*
                                          By: Patty Cromwell, Courtroom Deputy
                                          to Magistrate Judge Howard R. Lloyd

THIS SHALL CERTIFY THAT A COPY OF THIS NOTICE WAS PROVIDED TO:

Robert David Baker     attyatlaw@earthlink.net