**UNITED STATES DISTRICT COURT**
**Northern District of California**
280 South First Street
San Jose, California 95113

www.cand.uscourts.gov

| | |
|---|---|
| Richard W. Wieking<br>Clerk | General Court Number<br>408.535.5364 |

October 9, 2007

**CASE NUMBER: CV 07-04779 HRL**
**CASE TITLE: RAJINDER KAUR-v-QUEEN'S DONUT AND ICE CREAM, INC. ET AL.**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Jose** division. Case assigned to the **Honorable Jeremy Fogel** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **JF** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 10/07/07

FOR THE EXECUTIVE COMMITTEE:

_____
Richard W. Wieking
Clerk


NEW CASE FILE CLERK:

| | |
|---|---|
| Copies to: Courtroom Deputies<br>Log Book Noted | Special Projects<br>Entered in Computer 10/09/07 |

CASE SYSTEMS ADMINISTRATOR:

| | |
|---|---|
| Copies to: All Counsel | Transferor CSA |