1 | Rona P. Layton (SBN: 121238)
SIMS & LAYTON
2 | 84 W. Santa Clara St., #660
San Jose, CA 95113
3 | (408) 998-3400

4 | Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RAJWINDER KAUR and GUDAWAR SINGH,<br><br>         Plaintiffs,<br><br>v.<br><br>QUEEN'S DONUT AND ICE CREAM, INC, (A DISSOLVED CALIFORNIA CORPORATION); MIKE ATKAR;<br><br>         Defendants. | CASE NO. C07-04779 JF<br><br>CERTIFICATION OF INTERESTED ENTITIES OR PERSONS BY DEFENDANTS QUEENS DONUT AND ICE CREAM, INC, (A DISSOLVED CALIFORNIA CORPORATION) AND MIKE ATKAR |

   Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there are no such interested entities or persons to report.

                                                              SIMS & LAYTON

Dated: _____    By: _____
                                                              RONA P. LAYTON
                                                              Attorneys for Defendant

Defendant's Certification.-C-07-04779