# UNITED STATES DISTRICT COURT
## JUDGE JEREMY FOGEL, PRESIDING
### COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Case Management Conference, Friday, January 25, 2008
**Case Number:** CV 07-4779 JF/HRL
**Courtroom Deputy Clerk:** Corinne Lew
**Court Reporter:** Summer Clanton

| TITLE: | RAJINDER KAUR, ET AL., VS. | QUEENS DONUT AND ICE CREAM, INC., MIKE ATKAR |
|---|---|---|
| | **PLAINTIFF** | **DEFENDANT** |
| | Rajinder Kaur, et al. | Queen's Donut and Ice Cream, Inc., Mike Atkar, |

**Attorneys Present: No appearance**         **Attorneys Present: Rona Layton**

PROCEEDINGS: Case Management Conference.

    Case management conference held. Defendant is present.
    Parties agreed to Early Neutral Evaluation to be completed by 4/25/08.
    Further Case Management Conference is scheduled for 4/25/08 at 10:30 am.