1  Rona P. Layton (SBN: 121238)
   SIMS & LAYTON
2  84 W. Santa Clara St., #660
   San Jose, CA 95113
3  998-3400
   297-1104 (fax)
4  rlayton@simsandlayton.com

5  Attorneys for Defendants

6  Robert David Baker
   Law Offices of Robert David Baker
7  1611 The Alameda
   San Jose, CA 95126
8  292-8555
   292-0703 (fax)
9  attyatlaw@earthlink.net

10 Attorney for Plaintiffs

11

12                    UNITED STATES DISTRICT COURT

13               FOR THE NORTHERN DISTRICT OF CALIFORNIA

14                          SAN JOSE DIVISION

15

| | |
|---|---|
| RAJWINDER KAUR and GUDAWAR SINGH,<br><br>Plaintiffs,<br><br>v.<br><br>QUEEN'S DONUT AND ICE CREAM, INC, (A DISSOLVED CALIFORNIA CORPORATION), MIKE ATKAR,<br><br>Defendants. | CASE NO. C07-04779 JF<br><br>STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON<br><br>CMC Date: April 25, 2008<br>Time:    10:30 a.m.<br>Room:    Courtroom 5<br>Judge:   Hon. Jeremy Fogel |

23    The parties, Plaintiffs Rajwinder Kaur and Gudawar Singh ("Plaintiffs"), and Defendants

24 Queen's Donut and Ice Cream, Inc., a dissolved corporation, and Mike Atkar ("Defendants"), by and

25 through their undersigned counsel, hereby stipulate that the Further Case Management Conference in

26 this matter, currently set for April 25, 2008, be moved to May 23, 2008 at 10:30 a.m.  The schedule

27 change is necessary because the date for the Early Neutral Evaluation has been set for May 15, 2008.

28

Joint Further CMC Statement C07-04779 JF        1

SIMS & LAYTON

Dated: 4/24/08      By:  /s/ Rona P. Layton
RONA P. LAYTON
Attorneys for Defendants

LAW OFFICES OF ROBERT DAVID BAKER

Dated: 4/24/08      By:  /s/ Robert David Baker
ROBERT DAVID BAKER
Attorney for Plaintiffs

## ORDER

Good cause appearing, pursuant to the Stipulation of the parties, the Court ORDERS THE Further Case Management Conference to be continued to May 23, 2008 at 10:30 a.m.

Dated: _____   By: _____
HON. JEREMY FOGEL
UNITED STATES DISTRICT COURT JUDGE

Joint Further CMC Statement C07-04779 JF     2