1  Rona P. Layton (SBN: 121238)
   SIMS & LAYTON
2  84 W. Santa Clara St., #660
   San Jose, CA 95113
3  998-3400
   297-1104 (fax)
4  rlayton@simsandlayton.com

5  Attorneys for Defendants

6  Robert David Baker
   Law Offices of Robert David Baker
7  1611 The Alameda
   San Jose, CA 95126
8  292-8555
   292-0703 (fax)
9  attyatlaw@earthlink.net

10 Attorney for Plaintiffs

11

12                    UNITED STATES DISTRICT COURT

13               FOR THE NORTHERN DISTRICT OF CALIFORNIA

14                          SAN JOSE DIVISION

15

16 RAJWINDER KAUR and GUDAWAR        CASE NO. C07-04779 JF
   SINGH,
17                                   STIPULATION CONTINUING CASE
              Plaintiffs,            MANAGEMENT CONFERENCE;
18                                   [PROPOSED] ORDER THEREON
       v.
19
   QUEEN'S DONUT AND ICE CREAM, INC, CMC Date: April 25, 2008
20 (A DISSOLVED CALIFORNIA           Time:     10:30 a.m.
   CORPORATION), MIKE ATKAR,         Room:     Courtroom 5
21                                   Judge:    Hon. Jeremy Fogel
              Defendants.
22

23      The parties, Plaintiffs Rajwinder Kaur and Gudawar Singh ("Plaintiffs"), and Defendants

24 Queen's Donut and Ice Cream, Inc., a dissolved corporation, and Mike Atkar ("Defendants"), by and

25 through their undersigned counsel, hereby stipulate that the Further Case Management Conference in

26 this matter, currently set for April 25, 2008, be moved to May 23, 2008 at 10:30 a.m. The schedule

27 change is necessary because the date for the Early Neutral Evaluation has been set for May 15, 2008.

28

Joint Further CMC Statement C07-04779 JF        1

|   |   |   |   |
|---|---|---|---|
|   |   |   | SIMS & LAYTON |
| Dated: | 4/24/08 | By: | /s/ Rona P. Layton |
|   |   |   | RONA P. LAYTON |
|   |   |   | Attorneys for Defendants |

LAW OFFICES OF ROBERT DAVID BAKER

Dated:  4/24/08      By:  /s/ Robert David Baker

ROBERT DAVID BAKER
Attorney for Plaintiffs

## ORDER

Good cause appearing, pursuant to the Stipulation of the parties, the Court ORDERS THE Further Case Management Conference to be continued to May 23, 2008 at 10:30 a.m.

Dated:  4/28/08     By:  [signature]
HON. JEREMY FOGEL
UNITED STATES DISTRICT COURT JUDGE