Rona P. Layton (SBN: 121238)
SIMS & LAYTON
84 W. Santa Clara St., #660
San Jose, CA 95113
998-3400
297-1104 (fax)
rlayton@simsandlayton.com

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RAJWINDER KAUR and GUDAWAR SINGH,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>QUEEN'S DONUT AND ICE CREAM, INC, (A DISSOLVED CALIFORNIA CORPORATION), MIKE ATKAR,<br><br>　　　　Defendants. | CASE NO. C07-04779 JF<br><br>FURTHER CASE MANAGEMENT CONFERENCE STATEMENT<br><br>CMC Date: May 23, 2008<br>Time:　　　10:30 a.m.<br>Room:　　　Courtroom 5<br>Judge:　　　Hon. Jeremy Fogel |

　　　Defendants Queen's Donut and Ice Cream, Inc., a dissolved corporation, and Mike Atkar submit the following Further Case Management Conference Statement:

　　　On May 15, 2008, an Early Neutral Evaluation was held before evaluator Tom Gosselin. After both sides presented their cases, but before he had given a formal written evaluation, Mr. Gosselin inquired as to whether the parties would be interested in converting the evaluation into a mediation. The parties agreed. Although settlement discussions ensued, the case was not resolved.

　　　　　　　　　　　　　　　　　　　　SIMS & LAYTON

Dated:　　5/16/08　　　　　　　　　　By:　　/s/ Rona P. Layton
　　　　　　　　　　　　　　　　　　　　RONA P. LAYTON
　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants

Defendants' Further CMC Statement C07-04779 JF