# UNITED STATES DISTRICT COURT

### Northern District of California

| Kaur | No. C 07-04779 JF ENE |
|---|---|
| Plaintiff(s), | **Certification of ADR Session** |
| v. | |
| Queen's Donut and Ice Cream, Inc. | |
| Defendant(s). | |

*Instructions: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.*

1. I hereby certify that the parties in this matter held an ENE session on May 15, 2008

2. Did the case settle?   NO

3. If the case did not settle fully, is any follow-up contemplated?  Some follow-up possible

4. **IS THIS ADR PROCESS COMPLETED?    YES**

Dated:    May 15, 2008          /s/
**Evaluator**, **Thomas M. Gosselin**
Cook Roos Wilbur Thompson LLP
25 Metro Dr., Suite 600
San Jose, CA 95110

**Certification of ADR Session**
07-04779 JF ENE