## UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Further Case Management Conference, May 23, 2008
**Case Number:** CV-07-4779-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

TITLE:       **RAJINDER KAUR, ET AL V. QUEEN'S DONUT AND ICE CREAM, ET AL**

**PLAINTIFF**                          **DEFENDANT**

Attorneys Present: Robert Baker            Attorneys Present: Rona Layton

---

PROCEEDINGS:
    Further case management conference held.  Parties are present.  Continued to 11/21/08 at 10:30 a.m. for further case management conference.  The Court sets 11/21/08 as the dispositive motions cut-off date.